UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JORGE LUIS ARMENTA GARCIA,

        Plaintiff,

- against -

AA CATERING INC. d/b/a TURKISH CUISINE, AND AYSE SMITH,

        Defendants.

---

21-cv-4382 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties should submit a Rule 26(f) Report by _7/23/21_.

SO ORDERED.

Dated: New York, New York
      July 9, 2021

                                      John G. Koeltl
                                  United States District Judge