UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JORGE LUIS ARMENTA GARCIA,   21-cv-4382 (JGK)

        Plaintiff,   ORDER

- against -

AA CATERING INC. d/b/a TURKISH
CUISINE, AND AYSE SMITH,

        Defendants.

---

JOHN G. KOELTL, District Judge:

The conference scheduled for July 14, 2021 at 3:00 pm, is canceled, pending a review of the parties' Rule 26(f) report.

SO ORDERED.

Dated: New York, New York
      July 9, 2021

                                    John G. Koeltl
                               United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-9-2021