UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

JORGE LUIS ARMENTA GARCIA,
*individually and on behalf of others similarly situated*,

                        Plaintiffs,

                  -v-

AA CATERING INC. (D/B/A TURKISH CUISINE), and AYSE SMITH,

                        Defendants.
-----------------------------------------------------------X

1:21-CV-04382

(~~PROPOSED~~) JUDGMENT

      WHEREAS on or about April 27, 2022, Defendants AA CATERING INC. (d/b/a Turkish Cuisine), and AYSE SMITH extended to Plaintiff JORGE LUIS ARMENTA GARCIA an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of <u>Thirty Five Thousand Dollars and Zero Cents ($35,000.00)</u>, and whereas said Plaintiff accepted said offer on or about April 28, 2022.

      JUDGMENT shall be entered in favor of said Plaintiff against said Defendants in the amount of <u>Thirty Five Thousand Dollars and Zero Cents ($35,000.00)</u>, *payable in accordance with the Offer of Judgment, & CP 31-1.*

Dated: New York, New York
        4/28, 2022

                                                _____
                                                JUDGE JOHN G. KOELTL, U.S.D.J.

*The Clerk is directed to close this case.*

*So ordered.*
*J.G. Koeltl*
*4/28/22  U.S.D.J.*